**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE A. FERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-06834-FMO-MAR<br><br>Hon. Judge Fernando M. Olguin<br><br>**ORDER GRANTING JOINT STIPULATION [30] TO REMAND CASE TO STATE COURT** |

# **ORDER**

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: February 26, 2026 _____/s/_____

Hon. Fernando M. Olguin
United States District Judge